FILED

2021 AUG -4 PM 12: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES

PLAINTIFF(S)

v.

SANCHEZ-VALENCIA FEDERICO

DEFENDANT(S).

CASE NUMBER

21 MJ 03601

**DECLARATION RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _PETITION_

in the _____ District of _NEW MEXICO_ on _NOV. 12, 2020_

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _OCT. 12, 2019_

in violation of Title _18_ U.S.C., Section(s) _3583   PROBATION VIOLATION_

to wit: _NEW MEXICO_

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08/04/2021_
               Date

_____
Signature of Agent

_KITH  P._
Print Name of Agent

_USMS_
Agency

_DEPUTY_
Title