**FILED**
2021 AUG -4 PM 12:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | CR12-00439 |
| FEDERICO SANCHEZ-VALENCIA | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 64953-051  DEFENDANT | |

**21MJ03601**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/04/2021   11:00   ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

    ~~8 USC 1326 ILLEGAL REENTRY~~  18 USC PROBATION VIOLATION

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: SPANISH

7. Year of Birth: 1976

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: KITH   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: /s/ R.

15. Date: Aug. 04, 2021

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION